172 A.3d 1079

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
JULIAN B. HAMLETT, DEFENDANT–APPELLANT.

M–271 September Term 2017
079145

November 2, 2017

## ORDER

It is ORDERED that the motion of the American Civil Liberties Union of New Jersey for leave to file a brief and argue as amicus curiae is granted. The parties may serve and file briefs in response on or before December 4, 2017. Oral argument is limited to five minutes.

172 A.3d 1079

IN THE MATTER OF A PETITION FOR EXPUNGEMENT
OF MARTIN V. CARLUCCIO. (MARTIN V.
CARLUCCIO—PETITIONER)

C–266 September Term 2017
079895

November 2, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court;

A petition for certification of the judgment in A–005110–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.